UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **HOLLY STEWART,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CAUSE NO. 2-23-cv-273 |
| | ) |
| **ELECTRICAL MAINTENANCE &** | ) |
| **CONSTRUCTION, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT

Plaintiff, Holly Stewart ("Stewart"), brings claims against Defendant, Electrical Maintenance & Construction, Inc. ("Defendant"), and states as follows:

## OVERVIEW

1. This Complaint arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000 et. seq.

## PARTIES

2. Stewart is an individual who, at all relevant times, worked at a steel mill in or\ about Munster, Indiana. She was an employee as defined by 42 U.S.C. §2000e(f).

3. Defendant is located in Evansville, Indiana, but provides employees to steel mills in various locations including northern Indiana. The company is an 'employer' as defined by 42 U.S.C. §2000e(b).

## JURISDICTION

4. This Court has jurisdiction over Defendant pursuant to U.S.C. §2000e-5(f)(3) and 28 U.S.C. §1331.

1

5. Stewart timely filed a charge with the U.S. Equal Employment Opportunity Commission. Thereafter, she received a dismissal and notice of suit rights and filed the instant matter within ninety (90) days of receiving said dismissal.

## VENUE

6. Venue is appropriate in the Northern District of Indiana pursuant to 28 U.S.C. § 1391 as all the events arose in the Northern District of Indiana.

## FACTS

7. Stewart was hired by Defendant in April 2019, to work as a laborer at a steel mill in Northern Indiana.

. 8. At all times, Stewart met or exceeded the expectations of her job.

9. In late 2019, Stewart was promoted to Foreman. She was promoted again to the position of General Foreman.

10. Stewart was sexually harassed by her supervisor, Brent Conrad. He frequently and regularly made comments of a sexual nature, told off-color jokes, commented about how Stewart looked in jeans, shared details of his sex life with his wife, and called Stewart derogatory terms associated with being female. On one occasion, Conrad put his hands down Stewart's pants.

11. Conrad resigned in late Spring 2021, after Stewart again complained of being sexually harassed by him.

12. After Conrad was terminated and Stewart promoted, she reported to the site Superintendent, Mike Narwacki.

13. Narwacki was married, but there was a friendly, plutonic relationship between Narwacki and Stewart and her significant other.

14. Narwacki attempted to advance this relationship into something romantic. He began asking her to go out of town with him on all-expenses paid dates in Chicago, for example. Moreover, he began brushing up against her and regularly grabbed her buttocks. He offered her money for sex and asked her directly to engage in sexual acts with him. He would also read stories from pornographic magazines during meetings with Stewart.

15. Stewart complained about Narwacki's actions towards her, too, to no avail.

16. Ultimately, due to no corrective action being taken and after years of being subjected to unwelcome sexual harassment, Stewart was eventually constructively discharged.

17. Stewart has suffered harm as a result of Defendant's conduct.

## LEGAL COUNT

## COUNT 1: SEXUAL HARASSMENT

18. Stewart incorporates paragraphs 1 – 17 herein.

19. Stewart was subjected to a subjectively and objectively hostile work environment because of her sex, female.

20. The harassment altered the terms, privileges, and conditions of Stewart's employment. The environment became so hellish that Stewart was constructively discharged.

21. Stewart was harmed by Defendant's unlawful willful and/or reckless conduct.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court to find in her favor and award her the following relief:

a. An Order awarding Plaintiff damages, including compensatory damages, as provided for by federal law;

  b.  An Order awarding Plaintiff punitive damages as provided for by federal law;

  c.  An Order awarding Plaintiff the costs of this action;

  d.  An Order awarding Plaintiff her attorney's fees;

  e.  An Order granting such other and further relief as may be necessary and appropriate.

           Respectfully submitted,

           s/ Christopher S. Wolcott
           Christopher S. Wolcott (#23259-32)
           The Wolcott Law Firm LLC
           450 East 96th Street, Ste 500
           Indianapolis, IN  46240
           Tel: (317) 500-0700
           Fax: (317) 342-2799
           E-Mail:  indy2buck@hotmail.com

           Attorney for Plaintiff

## **DEMAND FOR JURY TRIAL**

  Plaintiff, by counsel, demands a trial by jury on all issues deemed so triable.

           Respectfully submitted,

           /s/ Christopher S. Wolcott
           Christopher S. Wolcott (#23259-32)
           The Wolcott Law Firm LLC
           450 East 96th Street, Ste 500
           Indianapolis, IN  46240
           Tel: (317) 500-0700
           Fax: (317) 342-2799
           E-Mail:  indy2buck@hotmail.com

           Attorney for Plaintiff